# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GABRIELLE C. JAMESON AND KIM
L. JAMESON WIFE OF/AND BOBBY
A. JAMESON

VERSUS

HONORABLE WARREN L.
MONTGOMERY, IN HIS
INDIVIDUAL AND OFFICIAL
CAPACITY AS THE DISTRICT
ATTORNEY OF ST. TAMMANY
PARISH, IAIN DOVER, IN HIS
INDIVIDUAL CAPACITY AND
UNDERWRITERS OF LLOYD'S,
LONDON

NO.   2022 CW 1339

JANUARY 5, 2023

---

In Re:   Warren Montgomery, individually and in his official
capacity as District Attorney, 22nd Judicial District,
State of Louisiana, Iain Dover in his individual
capacity, and Certain Underwriters of Lloyd's, London,
applying for supervisory writs, 22nd Judicial District
Court, Parish of St. Tammany, No. 201609230.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT